## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| C. W., a minor, who sues by and through, MARY AMANDA WEED, her mother and next of friend and MARY AMANDA WEED, individually,<br><br>Plaintiffs,<br><br>Vs.<br><br>CHRISTY LINDSEY<br><br>Defendant. | CV NO. ~~CV-13-~~ 3:13-cv-139<br><br>**JURY DEMAND** |

## COMPLAINT
## STATEMENT OF THE PARTIES

1. Plaintiff C. W. is under the age of 19 years and is a citizen of the State of Alabama. C. W. sues the defendant by and through her mother and next of friend Mary Amanda Weed.

2. Plaintiff Mary Amanda Weed is over the age of 19 years and a citizen of the State of Alabama.

3. Defendant Christy Lindsey is over 19 years and is a resident of the State of Georgia.

4. The amount in controversy exceeds $75,000, exclusive of interest and cost.

5. The Court has jurisdiction and venue pursuant to 28 U.S.C. 1332 and 28 U.S.C. 1391(a).

## STATEMENT OF FACTS

6. On or about April 5, 2012, Defendant Lindsey traveled from

Gainesville, Georgia to Auburn, Alabama to spend Easter weekend with Ms. Weed and her family.

7. Ms. Weed did not invite nor did she have knowledge Defendant Lindsey would bring with her a pittbull mixed dog named "Elle".

8. After arriving at Ms. Weed's home, Ms. Lindsey was asked to stay in the basement bedroom because she had brought her dog.

9. Ms. Weed requested that Ms. Lindsey's dog stay in the basement area for the duration of her visit.

10. On April 6, 2012, Ms. Ellison-Weed went to the basement area to retrieve some food from a refrigerator.

11. While in the basement, Ms. Ellison-Weed encounter "Elle" who cornered her and growled at her until Ms. Lindsey arrived and secured the dog.

12. After the incident, Ms. Weed instructed Ms. Lindsey to keep "Elle" confined to the bedroom and/or in the garage area.

13. Because of other guests and children that would be in the Weed home over the weekend, Ms. Weed required a warning note to be placed on the bedroom and garage door stating "Do Not Open".

14. On April 8, 2012, after church Ms. Weed held an Easter Egg Hunt in her yard for several young children.

15. During the Easter Egg Hunt, Defendant Lindsey retrieved "Elle" from the basement where the dog had been secured so the dog could go to the bathroom.

16. Defendant Lindsey had "Elle" on a leash and was walking the dog

2

in an area away from the Easter Egg Hunt.

17. After the dog had relieved herself, Defendant Lindsey came in close proximity to where the children were looking for eggs instead of returning "Elle" to garage or basement.

18. While on a leash "Elle" lunged and or jumped on C. W. and bit her in the face.

19. C. W. was taken to the Emergency Room at East Alabama Medical Center where she received over 75 stitches in her face.

## COUNT ONE
## (NEGLIGENCE/WANTONESS)

20. Plaintiff C. W. realleges paragraphs 1 through 19 of the Complaint as if set out here in full.

21. Defendant Lindsey conduct was negligent and/or wanton in one or more of the following ways:

   a. She failed to keep her dog under control;

   b. She came in close proximity to people, to-wit C.W., knowing her dog had vicious propensities and attack people;

   c. She failed to return her dog to the confines of the garage area after allowing her dog to relieve itself.

22. As a result of the Defendant's negligence and/or wantonness, Plaintiff C. W. face was lacerated; she had medical attention and will required medical attention in the future; she will be scarred permanently; she suffered anxiety, frustration, stress and mental anguish in the past and will suffer the same in the future; she suffered physical pain the past and do so in the future;

3

she has been otherwise injured and/or damaged.

WHEREFORE, Plaintiff C. W. demands judgment against Defendant in such an amount of compensatory and punitive damages as a jury may award to compensate her and to punish the defendant and her cost of this action.

## COUNT TWO

23. Plaintiff realleges paragraphs 1 through 22 of the Complaint as if set out here in full.

24. Plaintiff Mary Amanda Weed, the mother of C. W., is legally responsible for past and future medical expenses for C. W. Defendant Lindsey negligent and/or wanton conduct caused Mary Amanda Weed to be legally responsible for her daughter's medical bills and to pay for certain charges not covered by health insurance and she lost time from work.

WHEREFORE, Plaintiff Mary Amanda Weed demands judgment against Defendant in a reasonable amount of compensatory damages to reimburse her for the time she lost from work and any amount she paid out of pocket and any amounts that she to re-pay her health insurance and her costs of this action.

/s/ Michael Crow
MICHAEL J. CROW (CRO039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343
mike.crow@beasleyallen.com

4

_____
John Wesley McCollum, Jr. (MCC102)
Attorney for Plaintiffs


MCCOLLUM & WILSON PC
363-B East Glenn Avenue
Auburn, Alabama 36830
(334) 821-7799
wes@mcwlegal.com