IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
C. W., a minor, who sues  )
by and through Mary Amanda )
Weed, her mother and next  )
friend; and MARY AMANDA    )
WEED, individually,        )
                           )
    Plaintiffs,            )
                           )   CIVIL ACTION NO.
    v.                     )     3:13cv139-MHT
                           )         (WO)
CHRISTY LINDSAY,           )
                           )
    Defendant.             )
```

ORDER

This lawsuit, in which a proposed settlement has been reached, is before the court on plaintiff Mary Amanda Weed's motion for appointment of a guardian ad litem (doc. no. 33) for the minor C.W.  Based on the representations made on the record on February 27, 2014, it is ORDERED that the motion is granted as follows:

(1) Karen Laneaux, Esq., 207 Montgomery Street, Bell Building, Suite 1010, Montgomery, Alabama 36109, 334.269.5930, <kmastin@bellsouth.net>, is appointed as guardian ad litem to represent the minor C.W.

(2) Defendant Christy Lindsay is to pay the attorney's fees and expenses of the guardian ad litem, with those fees and expenses not to be subtracted from the amount of the proposed settlement.

(3) The clerk of the court is to arrange for the guardian ad litem to receive a copy of the file in this case.

(4) A fairness hearing on the proposed settlement is set for March 7, 2014, at 4:00 p.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.  The minor, her guardian, and her guardian ad litem are all to be present.

(5) On or before 8:00 a.m. on March 6, 2014, the guardian ad litem is to file, under seal, a report as to whether and, if so, why the court should approve the proposed settlement for the minor.

DONE, this the 28th day of February, 2014.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**