## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| C. W., a minor, who sues by and through, MARY AMANDA WEED, her mother and next of friend and MARY AMANDA WEED, individually, | |
| Plaintiffs, | CV NO.: 3:13-cv-00139-MHT-SRW |
| Vs. | |
| CHRISTY LINDSAY | |
| Defendant. | |

### PETITION FOR APPROVAL OF PRO-AMI SETTLEMENT

The parties to the above-styled action and petition the Court for approval of the following settlement and agree and represent unto the Court as follows:

1. The Plaintiff, C. W., a minor, who sues by and through Amanda Weed, her Mother and Next of Friend, alleges the Defendant Christy Lindsay negligently and wantonly injured C. W., a minor.

2. The Plaintiff, C. W., a minor, who sues by and through Amanda Weed, her Mother and Next of Friend, further alleges that as a result of the negligent and/or wanton conduct of Christy Lindsay, C. W., a minor, suffered physical injury, laceration, scarring and much pain and suffering.

3. A dispute exists between the Plaintiff and the Defendant as to whether the Defendant is liable for the injuries sustained by the Plaintiff, and if

Defendant is liable, a dispute exists as to the extent of injuries sustained by the Plaintiff.

4. In order to amicably settle said dispute, the Plaintiff and the Defendant petition this Court to approve the judgment agreed upon by the Plaintiff and her Mother and Next Friend, Amanda Weed, and the Defendant. A judgment is necessary because a minor is involved and cannot contract and, therefore, cannot execute a release. The judgment is to effectuate the settlement and is no way to be deemed a finding of liability of Christy Lindsay by the Court. The judgment is not a decision on the merits of the claims of the Plaintiffs.

5. The parties request that judgment be entered in favor of the Plaintiff, C. W., a minor, who sues by and through Amanda Weed, her Mother and Next of Friend, and against the Defendant in the total amount of $150,000.00; $69,857.00 being paid by State Farm Insurance on behalf of its insured, Christy Lindsay to be paid to the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, PC. to be disbursed as follows:

a. $3,770.00 payable to Optum, said sum representing the amount payable to Optum for injuries alleged to have been sustained as a result of the accident that serves as the basis of this lawsuit to satisfy any subrogation claim of Optum.

b. $10,326.00 payable to Amanda Weed, as Mother and Next of Friend of C. W., a minor, said sum reimburse Ms. Weed for out of pocket expenses and/or loss due to her daughter's injuries.

c. $6,400.00 amount to the law firm of Beasley, Allen, for expenses and $49.361.00 as amount of attorney's fees.

6. The balance of $80,143 shall be paid to Prudential Assigned Settlement Services Corporation to purchase an annuity contract insured by Prudential Life Insurance Company of America for the benefit of C. W., a copy and terms attached hereto as Exhibit "A"..

7. Amanda Weed, individually, and as Mother and Next Friend of C. W., a minor, agrees upon payment of $150,000.00 of which $80,143.00 to purchase a structured annuity contract (terms of the contract set forth in Exhibit A attached hereto) and that all claims against the Defendant are to be dismissed with prejudice, and that the Defendant shall be fully released from any and all claims of Amanda Weed, individually, and as Mother and Next of Friend of C. W., a minor. Further, upon purchase of an annuity contract, the attorney for the Plaintiff shall execute and file with the Clerk a Certificate of Judgment and Discharge of Record.

8. Aside from the amount owed to Optum, as set forth above, Plaintiffs and her attorney are not aware of any other outstanding medical bills, subrogation claims, or lien. To the extent that any other bills, subrogation claims or liens exist, Amanda Weed, as Mother and Next of Friend of C. W., a minor, agrees to satisfy any such claims with these proceeds as well. In the event that any such bills, claims or liens exist and those claims are not satisfied with the settlement proceeds, Plaintiffs agree to indemnify the Defendant and her insurer for any and all claims asserted against them and any and all expenses and

damages, including attorneys' fees, incurred by them in defending any such claim.

9.  The Court appointed Guardian Ad Litem, the Honorable Karen Laneaux, has viewed various medical documents, interviewed the minor child, and her mother, Amanda Weed, after taking into consideration all factors, is of the opinion that this settlement is in the best interest of the minor child, C. W., a minor.

10. It is agreed by the insurance carrier for Christy Lindsay, to pay all the Guardian Ad Litem's fees and expenses outside the above-referenced payment.

*Amanda Weed*
Amanda Weed, as Mother and Next Friend of
C. W., a Minor


/s/ Michael J. Crow
Michael J. Crow
Attorney for Plaintiffs
Beasley, Allen, Crow, Methvin, Portis & Miles,
P.O. Box 4160
Montgomery, AL 36103-4160
mike.crow@beasleyallen.com


/s/ Karen Laneaux
Karen Laneaux
*Guardian Ad Litem*
Law Office of Sandra Lewis, PC
P. O. Box 686
Montgomery, Alabama 36101

/s/ Micheal S. Jackson
Micheal Jackson
Attorney for Defendant Christy Lindsay
Jackson, Anderson & Patty, P.C.
P. O. Box 1988
Montgomery, AL 36102-1988
mjackson@jaandp.com