IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
C. W., a minor, who sues   )
by and through Mary Amanda )
Weed, her mother and next  )
friend; and MARY AMANDA    )
WEED, individually,        )
                           )
     Plaintiffs,           )
                           )   CIVIL ACTION NO.
     v.                    )    3:13cv139-MHT
                           )        (WO)
CHRISTY LINDSAY,           )
                           )
     Defendant.            )
```

JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The parties' motion for approval of pro-ami settlement (doc. no. 41) is granted.

(2) The proposed settlement between plaintiff C.W. and defendant Christy Lindsay is approved.

(3) Judgment is entered favor of plaintiffs C.W. and Mary Amanda Weed and against defendant Lindsay in the amount of $ 150,000.00, of which $ 80,143 shall be used

to purchase a structured annuity contract for plaintiff C.W. under the terms described in Exhibit A (doc. no. 41-1).

(4) Defendant Lindsay's insurance carrier will pay all fees and expenses for guardian ad litem Karen Laneaux.  All other costs, expenses, and attorney's fees shall be born by the parties or paid out of the judgment.

(5) Once defendant Lindsay, through her insurer, has discharged her obligations under the settlement, she shall be fully and finally discharged and released from any and all further liability to plaintiff C.W. (or anyone acting on her behalf), arising out of the incident made the basis of this lawsuit.  Furthermore, any and all claims that were or possibly could have been asserted in this action by or on behalf of plaintiff C.W. against defendant Lindsay are merged in this judgment and forever barred.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 15th day of April, 2014.**

                                 <u>/s/ Myron H. Thompson</u>
                                **UNITED STATES DISTRICT JUDGE**